IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE FOSTER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 20-cv-00417-JPG |
| | ) |
| VILLAGE OF GLEN CARBON, IL. | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and the Court granting summary judgment in favor of Defendants Village of Glen Carbon on Counts 1-7,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Jamie Foster's Amended Complaint against Defendants Village of Glen Carbon is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**
**Dated: November 29, 2021**

                                                                 **/s/ J. Phil Gilbert**
                                                                 **J. PHIL GILBERT**
                                                                 **DISTRICT JUDGE**